**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Vance A. BIRKY, Defendant— Appellant.**

No. 03–30405.

United States Court of Appeals, Ninth Circuit.

July 20, 2005.

Joshua A. Van de Wetering, Esq., USMI—Office of the U.S. Attorney, Missoula, MT, for Plaintiff—Appellee.

John P. Rhodes, Esq., Melissa Harrison, David C. Avery, Esq., FDMT—Federal Defenders of Montana, Missoula, MT, for Defendant—Appellant.

---

of this circuit except as provided by Ninth Circuit Rule 36–3.

Before: PREGERSON, FERGUSON, and CALLAHAN, Circuit Judges.

## ORDER

In light of the United States Supreme Court's order of January 24, 2005, granting appellant's petition for certiorari and vacating our judgment, appellant's sentence is hereby vacated and this matter is remanded to the district court for resentencing in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *United States v. Ameline,* (9th Cir. June 1, 2005) (409 F.3d 1073, 2005 WL 1291977).